1  William A. Birdwell (Arizona Bar# 018993)
   Allen Field (Admitted *Pro Hac Vice*)
2  BIRDWELL & JANKE, LLP
   1100 SW Sixth Avenue, Suite 1400
3  Portland, OR 97204
   Tel: (503) 228-1841
4
   Peter B. Goldman (Arizona Bar# 018011)
5  LEONARD FELKER ALTFELD
   GREENBERG & BATTAILE, P.C.
6  250 No. Meyer Avenue
   Tucson, AZ 85701-1047
7  Tel: (520) 622-7733

8       Attorneys for Plaintiff Net MoneyIN, Inc.

9                UNITED STATES DISTRICT COURT

10              FOR THE DISTRICT OF ARIZONA

11 Net MoneyIN, Inc.,                )   Case No. CV-01-441 TUC-RCC
                                     )
12          Plaintiff,               )   **SEVENTH JOINT SETTLEMENT
                                     )   REPORT**
13      v.                           )
                                     )
14 VeriSign, Inc., et al.,           )
                                     )
15          Defendants.              )
                                     )
16 _____  )

17      Pursuant to Paragraph H of the Court's Order of November 19, 2004, the Parties hereby

   submit their Seventh Settlement Report.
18
        There have been some continued conversations between Plaintiff and some of the
19
   Defendants since the last Settlement Report, but no real progress towards any settlement.
20
        DATED:      August 16, 2005
21
                                          Respectfully submitted,
22

23 BIRDWELL & JANKE, LLP              KIRKPATRICK & LOCKHART
                                      NICHOLSON GRAHAM LLP
24 _____        _____
   William A. Birdwell (AZ Bar# 018993)
25 Allen Field (Admitted *Pro Hac Vice*)   Jeffrey Snow
                                      Robert P. Smith
26 Peter B. Goldman (Arizona Bar# 018011)  **Attorneys for Defendant BA Merchant
   LEONARD FELKER ALTFELD            Services, Inc.**
27 GREENBERG & BATTAILE, P.C.

28 **Attorneys for Plaintiff Net MoneyIN, Inc.**

Page 1- **SEVENTH JOINT SETTLEMENT REPORT**

BIRDWELL & JANKE, LLP
1400 Standard Insurance Plaza
1100 SW Sixth Avenue
Portland, Oregon 97204
(503) 228-1841

1

SIDLEY AUSTIN BROWN & WOOD LLP

2

3
Edward G. Poplawski
Matthew Powers
4
Olivia M. Kim

5
Ray K. Harris
FENNEMORE CRAIG
6
**Attorneys for Defendant Cardservice**
7
**International, Inc.**

8
GOLDSTEIN & FAUCETT

9
Corby R. Vowell
**Attorneys for Defendant eProcessing**
10
**Network**

11
THE WESCOTT LAW FIRM PC

12

13
Lynanne B. Wescott
**Attorneys for Defendant GoEmerchant.com**

14
JONES DAY

15

16
David L. Witcoff
John A. Marlott
17
**Attorneys for Defendant IBM**

18
GODWIN GRUBER, LLP

19

20
Christopher J. Rourk
**Attorneys for Defendant Paymentech, LLC**
21

22
Pldg.176.7th settlem rpt.wpd

23

24

25

26

27

28

PERKINS COIE, LLP

Jessica Rossman
**Attorneys for Defendants Infospace, Inc.**
**and E-Commerce Exchange**

Claire Laporte
Michael V. Dowd
FOLEY HOAG LLP
**Attorneys for Defendant Infospace, Inc.**

FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER, LLP

Thomas W. Winland
Scott A. Herbst

Bruce R. Heurlin
KARP, HEURLIN & WEISS, P.C.

**Attorneys for Defendant VeriSign, Inc.**

LEWIS AND ROCA, LLP

Richard A. Halloran
Sean D. Garrison
Jennifer A. Van Kirk
**Attorneys for Defendant Wells Fargo**
**Bank, N.A.**

LAW OFFICES OF TODD B. BECKER &
ASSOCIATES.

Todd B. Becker
**Attorneys for Defendant Cardready**
**International, Inc.**

Page 2- **SEVENTH JOINT SETTLEMENT REPORT**

BIRDWELL & JANKE, LLP
1400 Standard Insurance Plaza
1100 SW Sixth Avenue
Portland, Oregon 97204
(503) 226-1841

1

2

SIDLEY AUSTIN BROWN & WOOD LLP | PERKINS COIE, LLP

3   Edward G.  Poplawski
    Matthew Powers
4   Olivia M.  Kim

5   Ray K. Harris
    FENNEMORE CRAIG
6
    **Attorneys for Defendant Cardservice**
7   **International, Inc.**

    GOLDSTEIN & FAUCETT
8

9   Corby R. Vowell
    **Attorneys for Defendant eProcessing**
10  **Network**

11  THE WESCOTT LAW FIRM PC

12

    Lynanne B. Wescott
13  **Attorneys for Defendant GoEmerchant.com**

14  JONES DAY

15

    David L.  Witcoff
16  John A.  Marlott
    **Attorneys for Defendant IBM**
17

18

19  GODWIN GRUBER, LLP

20  Christopher J.  Rourk
    **Attorneys for Defendant Paymentech, LLC**
21

22  Pldg.176.7th settlem rpt.wpd

Jessica Rossman
**Attorneys for Defendants Infospace, Inc.**
**and E-Commerce Exchange**

Claire Laporte
Michael V.  Dowd
FOLEY HOAG LLP
**Attorneys for Defendant Infospace, Inc.**

FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER, LLP

Thomas W.  Winland
Scott A. Herbst

Bruce R. Heurlin
KARP, HEURLIN & WEISS, P.C.

**Attorneys for Defendant VeriSign, Inc.**

LEWIS AND ROCA, LLP

Richard A.  Halloran
Sean D.  Garrison
Jennifer A.  Van Kirk
**Attorneys for Defendant Wells Fargo**
**Bank, N.A.**

LAW OFFICES OF TODD B.  BECKER &
ASSOCIATES

Todd B.  Becker
**Attorneys for Defendant Cardready**
**International, Inc.**

23

24

25

26

27

28

Page 2- **SEVENTH JOINT SETTLEMENT REPORT**

BIRDWELL & JANKE, LLP
1400 Standard Insurance Plaza
1100 SW Sixth Avenue
Portland, Oregon 97204
(503) 228-1841

SIDLEY AUSTIN BROWN & WOOD LLP

Edward G.  Poplawski
Matthew Powers
Olivia M.  Kim

Ray K. Harris
FENNEMORE CRAIG

**Attorneys for Defendant Cardservice International, Inc.**

GOLDSTEIN & FAUCETT

Corby R. Vowell
**Attorneys for Defendant eProcessing Network**

THE WESCOTT LAW FIRM PC

Lynanne B. Wescott
**Attorneys for Defendant GoEmerchant.com**

JONES DAY

David L.  Witcoff
John A.  Marlott
**Attorneys for Defendant IBM**

GODWIN GRUBER, LLP

Christopher J.  Rourk
**Attorneys for Defendant Paymentech, LLC**

Pldg.176.7th settlem rpt.wpd

PERKINS COIE, LLP

Jessica Rossman
**Attorneys for Defendants Infospace, Inc. and E-Commerce Exchange**

Claire Laporte
Michael V.  Dowd
FOLEY HOAG LLP
**Attorneys for Defendant Infospace, Inc.**

FINNEGAN HENDERSON FARABOW GARRETT & DUNNER, LLP

Thomas W.  Winland
Scott A. Herbst

Bruce R. Heurlin
KARP, HEURLIN & WEISS, P.C.

**Attorneys for Defendant VeriSign, Inc.**

LEWIS AND ROCA, LLP

Richard A.  Halloran
Sean D.  Garrison
Jennifer A.  Van Kirk
**Attorneys for Defendant Wells Fargo Bank, N.A.**

LAW OFFICES OF TODD B.  BECKER & ASSOCIATES

Todd B.  Becker
**Attorneys for Defendant Cardready International, Inc.**

Page 2- **SEVENTH JOINT SETTLEMENT REPORT**

BIRDWELL & JANKE, LLP
1400 Standard Insurance Plaza
1100 SW Sixth Avenue
Portland, Oregon 97204
(503) 228-1841

1

SIDLEY AUSTIN BROWN & WOOD LLP          PERKINS COIE, LLP

2

Edward G. Poplawski                     Jessica Rossman
3                                        **Attorneys for Defendants Infospace, Inc.**
Matthew Powers                          **and E-Commerce Exchange**
Olivia M. Kim
4

5   Ray K. Harris                        Claire Laporte
FENNEMORE CRAIG                          Michael V. Dowd
6                                        FOLEY HOAG LLP
**Attorneys for Defendant Cardservice**  **Attorneys for Defendant Infospace, Inc.**
7   **International, Inc.**

8   GOLDSTEIN & FAUCETT                   FINNEGAN HENDERSON FARABOW
GARRETT & DUNNER, LLP

9   Corby R. Vowell
**Attorneys for Defendant eProcessing**  Thomas W. Winland
10  **Network**                          Scott A. Herbst

11  THE WESCOTT LAW FIRM PC              Bruce R. Heurlin
KARP, HEURLIN & WEISS, P.C.
12
Lynanne B. Wescott                      **Attorneys for Defendant VeriSign, Inc.**
13  **Attorneys for Defendant GoEmerchant.com**

14  JONES DAY                            LEWIS AND ROCA, LLP

15
David L. Witcoff                        Richard A. Halloran
16  John A. Marlott                      Sean D. Garrison
**Attorneys for Defendant IBM**          Jennifer A. Van Kirk
17                                       **Attorneys for Defendant Wells Fargo**
**Bank, N.A.**
18
GODWIN GRUBER, LLP                      LAW OFFICES OF TODD B. BECKER &
19                                       ASSOCIATES

20  Christopher J. Rourk
**Attorneys for Defendant Paymentech, LLC**  Todd B. Becker
21                                       **Attorneys for Defendant Cardready**
**International, Inc.**
22  Pldg.176.7th settlem rpt.wpd

23

24

25

26

27

28

Page 2- **SEVENTH JOINT SETTLEMENT REPORT**

BIRDWELL & JANKE, LLP
1400 Standard Insurance Plaza
1100 SW Sixth Avenue
Portland, Oregon 97204
(503) 228-1841

1

2

SIDLEY AUSTIN BROWN & WOOD LLP          PERKINS COIE, LLP

3   _____          _____
    Edward G. Poplawski                      Jessica Rossman
    Matthew Powers                           **Attorneys for Defendants Infospace, Inc.**
4   Olivia M. Kim                            **and E-Commerce Exchange**

5   Ray K. Harris                            Claire Laporte
    FENNEMORE CRAIG                          Michael V. Dowd
6                                            FOLEY HOAG LLP
    **Attorneys for Defendant Cardservice**      **Attorneys for Defendant Infospace, Inc.**
7   **International, Inc.**

8   GOLDSTEIN & FAUCETT                      FINNEGAN HENDERSON FARABOW
                                             GARRETT & DUNNER, LLP
9   _____         _____
    Corby R. Vowell                         Thomas W. Winland
10  **Attorneys for Defendant eProcessing**     Scott A. Herbst
    **Network**

11  THE WESCOTT LAW FIRM PC                  Bruce R. Heurlin
                                             KARP, HEURLIN & WEISS, P.C.
12
    _____         **Attorneys for Defendant VeriSign, Inc.**
13  Lynanne B. Wescott
    **Attorneys for Defendant GoEmerchant.com**

14  JONES DAY                                LEWIS AND ROCA, LLP

15  _____         _____
    David L. Witcoff                         Richard A. Halloran
16  John A. Marlott                          Sean D. Garrison
    **Attorneys for Defendant IBM**              Jennifer A. Van Kirk
17                                           **Attorneys for Defendant Wells Fargo**
                                             **Bank, N.A.**
18
    GODWIN GRUBER, LLP                       LAW OFFICES OF TODD B. BECKER &
19                                           ASSOCIATES

20  _____         _____
    Christopher J. Rourk                     Todd B. Becker
21  **Attorneys for Defendant Paymentech, LLC**   **Attorneys for Defendant Cardready**
                                             **International, Inc.**
22  Pldg.176.7th settlem rpt.wpd

23

24

25

26

27

28

Page 2- **SEVENTH JOINT SETTLEMENT REPORT**

BIRDWELL & JANKE, LLP
1400 Standard Insurance Plaza
1100 SW Sixth Avenue
Portland, Oregon 97204
(503) 228-1841

SIDLEY AUSTIN BROWN & WOOD LLP

Edward G. Poplawski
Matthew Powers
Olivia M. Kim

Ray K. Harris
FENNEMORE CRAIG

**Attorneys for Defendant Cardservice International, Inc.**

GOLDSTEIN & FAUCETT

Corby R. Vowell
**Attorneys for Defendant eProcessing Network**

THE WESCOTT LAW FIRM PC

Lynanne B. Wescott
**Attorneys for Defendant GoEmerchant.com**

JONES DAY

David L. Witcoff
John A. Marlott
**Attorneys for Defendant IBM**

GODWIN GRUBER, LLP

Christopher J. Rourk
**Attorneys for Defendant Paymentech, LLC**

Pldg.176 7th settlem rpt.wpd

---

PERKINS COIE, LLP

Jessica Rossman
**Attorneys for Defendants Infospace, Inc. and E-Commerce Exchange**

Claire Laporte
Michael V. Dowd
FOLEY HOAG LLP
**Attorneys for Defendant Infospace, Inc.**

FINNEGAN HENDERSON FARABOW GARRETT & DUNNER, LLP

Thomas W. Winland
Scott A. Herbst

Bruce R. Heurlin
KARP, HEURLIN & WEISS, P.C.

**Attorneys for Defendant VeriSign, Inc.**

LEWIS AND ROCA, LLP

Richard A. Halloran
Sean D. Garrison
Jennifer A. Van Kirk
**Attorneys for Defendant Wells Fargo Bank, N.A.**

LAW OFFICES OF TODD B. BECKER & ASSOCIATES

Todd B. Becker
**Attorneys for Defendant Cardready International, Inc.**

---

Page 2- **SEVENTH JOINT SETTLEMENT REPORT**

BIRDWELL & JANKE, LLP
1400 Standard Insurance Plaza
1100 SW Sixth Avenue
Portland, Oregon 97204
(503) 228-1841

## CERTIFICATE OF SERVICE

Copies of the foregoing **SEVENTH SETTLEMENT REPORT** was served on the

following counsel via the District of Arizona's EMS/ECF system and via email to counsels' last

known email address on **August 17, 2005**:

Jeffrey Snow
Robert Smith
KIRKPATRICK & LOCKHART LLP
**Attys for Defendant BA Merchant Services, Inc.**

Corby R. Vowell
GOLDSTEIN & FAUCETT
**Attys for Defendant eProcessing Network**

Richard A. Halloran
Sean Garrison
LEWIS AND ROCA, LLP
**Attys for Defendant Wells Fargo Bank, N.A.**

Jessica Rossman
PERKINS COIE, LLP

Stanley Lutz
BRYAN CAVE LLP

**Attys for Defs Infospace, Inc. & E-Commerce Exchange**

Christopher J. Rourk
GODWIN GRUBER, LLP
**Attorneys for Defendant Paymentech, LLC**

Olivia M. Kim
SIDLEY AUSTIN BROWN & WOOD
**Attys for Defendant Cardservices International, Inc.**

Lynanne B. Wescott
THE WESCOTT LAW FIRM PC
**Attorneys for Defendant GoEmerchant.com**

John A. Marlott
JONES DAY
**Attorneys for Defendant IBM**

Michael Dowd
FOLEY HOAG LLP
**Attorneys for Defendants Infospace, Inc.**

Todd B. Becker
LAW OFFICES OF TODD B. BECKER & ASSOC.
**Attys for Defendant CardReady International, Inc.**

Thomas W. Winland
Scott A. Herbst
FINNEGAN HENDERSON
**Attorneys for Defendant VeriSign, Inc.**

_____
Allen Field