IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Net MoneyIN, Inc., ) No. CV 01-441-TUC-RCC
)
    Plaintiff, ) **ORDER**
)
vs. )
)
VeriSign, Inc., et al., )
)
    Defendants. )
)

This Order shall resolve certain pending motions in this case. Each motion is adjudicated separately to facilitate this Order.

1. NetMoney's Motion to Continue of Stay and 30–Day Set Over (Docket # 497) is GRANTED.

2. Plaintiff's Memorandum in Support of Request For *In Camera* Submission of Wells Fargo-Cardservices Sponsorship Contract (Docket #716) is DENIED.

3. Plaintiff's Amended Motion for Extension and Rule 56(f) Continuance (Docket # 721) is GRANTED.

4. Plaintiff's Motion for Page Extension to File 35 Page Summary Judgment Brief (Docket # 728) is GRANTED.

5. IBM's Unopposed Motion for: (1) Leave to File a Consolidated 20-page Response to Plaintiff's Rule 15(b) Motion & Reply Brief in Support of IBM's Summary Judgment Motion; and (2) For Extension of Time (Docket # 734) is GRANTED.

5. Plaintiff's Motions: (1) For Extension to File Reply Brief re Rule 15(b) Motion (First Request), and (2) To File 15 Page Reply Brief (Docket # 755) is GRANTED.

6. Motion to Withdraw Counsel and for Substitution of Counsel (Docket # 756) is GRANTED.

7. IBM's Motion to Strike Plaintiff's Purported Supplemental Infringement Disclosure to IBM and Request for Sanctions Under Fed.R.Civ.P. 37 (Docket # 769) is GRANTED, however IBM's request for sanctions is DENIED.

8. Plaintiff's Motion for One-Day Extension for Parties to Exchange Expert Reports (Docket # 804) is GRANTED.

DATED this 24th day of January, 2006.

_____
Raner C. Collins
United States District Judge