1  William A. Birdwell (Arizona Bar# 018993)
   birdwell@birdwelljanke.com
2  Allen Field (Admitted *Pro Hac Vice*)
   allen@birdwelljanke.com
3  James Greve (Admitted *Pro Hac Vice*)
   jim@birdwelljanke.com
4  BIRDWELL & JANKE, LLP
   1100 SW Sixth Avenue, Suite 1400
5  Portland, OR  97204
   Tel: (503) 228-1841
6
7  Peter B. Goldman (Arizona Bar# 018011)
   pbgoldman@lfagb.com
   LEONARD FELKER ALTFELD
8  BATTAILE & GOLDMAN, P.L.C.
   250 No. Meyer Avenue
9  Tucson, AZ   85701-1047
   Tel: (520) 622-7733
10
   Attorneys for Plaintiff Net MoneyIN, Inc.
11

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Net MoneyIN, Inc., ) | Case No. CV-01-441 TUC-RCC |
| ) | |
| Plaintiff, ) | **TWELFTH JOINT SETTLEMENT** |
| ) | **REPORT** |
| v. ) | |
| ) | |
| VeriSign, Inc., et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pursuant to Paragraph H of the Court's Order of November 19, 2004, the Parties hereby submit their Twelfth Joint Settlement Report.

On June 26, 2006, Plaintiff and Defendant CardReady International, Inc. filed a Stipulated Motion for Entry of Consent Judgment and Decree Against Cardready International, Inc. (## 909, 911) which is still pending before the Court.  Otherwise, since the last Settlement

///

///

///

Page 1- **TWELFTH JOINT SETTLEMENT REPORT**

BIRDWELL & JANKE, LLP
1400 Standard Insurance Plaza
1100 SW Sixth Avenue
Portland, Oregon 97204
(503) 228-1841

1  Report some settlement discussions have continued between Plaintiff and some of the
2  Defendants.
3         DATED:   September 12, 2006
4                                                        Respectfully submitted,

5  BIRDWELL & JANKE, LLP                          KIRKPATRICK & LOCKHART
                                                   NICHOLSON GRAHAM LLP
6   /s/ Allen Field
   William A. Birdwell                              /s/ Jeffrey Snow
7  Allen Field                                     Jeffrey Snow
   James Greve                                     Robert P. Smith
8                                                  **Attorneys for Defendant BA Merchant**
   Peter B. Goldman (Arizona Bar# 018011)          **Services, Inc.**
9  LEONARD FELKER ALTFELD
   BATTAILE & GOLDMAN, P.L.C.
10
   **Attorneys for Plaintiff Net MoneyIN, Inc.**
11
   JONES DAY                                       GOLDSTEIN & FAUCETT
12
    /s/ John A. Marlott                             /s/ Corby R. Vowell
13 David L. Witcoff                                Corby R. Vowell
   John A. Marlott                                 **Attorneys for Defendant eProcessing**
14 **Attorneys for Defendant IBM**                 **Network**

15 LEWIS AND ROCA, LLP                             THE WESCOTT LAW FIRM PC

16  /s/ Richard A. Halloran                         /s/ Lynanne B. Wescott
   Richard A. Halloran                             Lynanne B. Wescott
17 Sean D. Garrison                                **Attorneys for Defendant**
   **Attorneys for Defendant Wells Fargo Bank,**   **GoEmerchant.com**
18 **N.A.**

19 LAW OFFICES OF TODD B. BECKER &                 FINNEGAN HENDERSON FARABOW
   ASSOCIATES                                      GARRETT & DUNNER, LLP
20
    /s/ Todd B. Becker                              /s/ Thomas W. Winland
21 Todd B. Becker                                  Thomas W. Winland
   **Attorneys for Defendant Cardready**           Scott A. Herbst
22 **International, Inc**.
                                                   Bruce R. Heurlin
23                                                 KARP, HEURLIN & WEISS, P.C.

24                                                 **Attorneys for Defendant VeriSign, Inc.**

25 Pldg.344. 12th Settlement rept.wpd
26
27
28

Page 2- **TWELFTH JOINT SETTLEMENT REPORT**

**CERTIFICATE OF SERVICE**

Copies of the foregoing **ELEVENTH JOINT SETTLEMENT REPORT** were served on **September 13, 2006** to the following counsel via the District of Arizona's EMS/ECF system and via email to counsels' last known email address who are not registered with the EMS/ECF system:

Robert Smith
KIRKPATRICK & LOCKHART LLP
**Attys for Defendant BA Merchant Services, Inc.**

Thomas W. Winland
Scott A. Herbst
FINNEGAN HENDERSON
**Attorneys for Defendant VeriSign, Inc.**

Corby R. Vowell
GOLDSTEIN & FAUCETT
**Attys for Defendant eProcessing Network**

Lynanne B. Wescott
THE WESCOTT LAW FIRM PC
**Attorneys for Defendant GoEmerchant.com**

Richard A. Halloran
LEWIS AND ROCA, LLP
**Attys for Defendant Wells Fargo Bank, N.A.**

John A. Marlott
JONES DAY
**Attorneys for Defendant IBM**

Todd B. Becker
LAW OFFICES OF TODD B. BECKER & ASSOC.
**Attys for Defendant CardReady International, Inc**.

_/s/ Allen Field_
Allen Field

Page 3- **TWELFTH JOINT SETTLEMENT REPORT**